TRINA A. HIGGINS, United States Attorney (7349)
AMANDA A. BERNDT, Assistant United States Attorney (15370)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
(801) 524-5682
amanda.berndt@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| RAPID ENTERPRISES, LLC, d/b/a EXPRESS ONE, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, *et al.*,<br><br>Defendants. | **STIPULATED MOTION TO SEAL EXHIBITS 1, 2 AND 4 TO PLAINTIFF'S COMPLAINT**<br><br>Case No. 2:22-cv-00627-DAO<br><br>Judge Daphne A. Oberg |

Plaintiff Rapid Enterprises, LLC filed this action against the United States Postal Service and the United States on September 23, 2022. The United States Attorney's Office was served on September 27, 2022, and an answer is currently due November 28, 2022.

Pursuant to Fed. R. Civ. P. 5.2(e) and DUCivR 5–3(b), the Postal Service and United States, move to seal Exhibits 1, 2, and 4 to the complaint (Docket Nos. 2–1, 2–2, and 2–4). These documents include information that the Postal Regulatory Commission[1] has previously

---

[1] The Postal Regulatory Commission is an independent government agency empowered to regulate many aspects of the Postal Service's operations. The Postal Service must file with the Commission all contracts that negotiate the rates of its services and must seek permission to keep the contract confidential. If the Commission agrees that the contract should be confidential, as it did here, only a redacted version is publicly available.

determined to be protected, non-public information. Specifically, the contracts and Amendment No. 1 to the 2013 Contract contain confidential pricing information related to Postal Service products and services, as well as non-public terms and conditions of the contracts between the parties. The public availability of this information could harm the Postal Service's position in a highly competitive shipping market.

Redacted versions of the exhibits are attached to this motion.

Counsel for Plaintiff has been consulted and stipulates to this motion.

WHEREFORE, for the foregoing reasons and for good cause shown, the Postal Service and United States request that this Court seal Exhibits 1, 2, and 4 to the complaint (Docket Nos. 2–1, 2–2, and 2–4).

Dated this 28th day of September, 2022.

    TRINA A. HIGGINS
    United States Attorney

    */s/ Amanda A. Berndt*
    AMANDA A. BERNDT
    Assistant United States Attorney

    *Attorney for Defendants Postal Service and United States*

    */s/ D. Jason Hawkins (signed with permission)*
    D. JASON HAWKINS

    *Attorney for Plaintiff Rapid Enterprises, LLC*