# ATTACHMENT A

## Complaint Exhibit 1

## (Redacted)

RESTRICTED AND SENSITIVE BUSINESS INFORMATION – DO NOT DISCLOSE

SHIPPING SERVICES CONTRACT
BETWEEN
THE UNITED STATES POSTAL SERVICE
AND
RAPID ENTERPRISES, LLC DBA EXPRESS ONE
REGARDING PRIORITY MAIL SERVICE AND EXPRESS MAIL SERVICE

This contract for shipping services is made by and between Rapid Enterprises, LLC, DBA Express One ("Customer"), a limited liability company organized and existing under the laws of the state of Nevada, with its principal offices at 7910 S 3500 East, Suite B, Salt Lake City UT 84121, and the United States Postal Service ("the Postal Service"), an independent establishment of the Executive Branch of the United States Government established by the Postal Reorganization Act, Public Law 91-375, with its principal office at 475 L'Enfant Plaza, SW, Washington, DC 20260. The Postal Service and Customer are referred to herein collectively as the "Parties" and each as a "Party."

WHEREAS, it is the intention of the Parties to enter into a shipping services contract that will benefit the Postal Service, the postal system as a whole, and Customer, and that will comply with the requirements of Title 39 United States Code, as amended by the Postal Accountability and Enhancement Act of 2006,

NOW, THEREFORE, the Parties agree as follows:

**I. Terms**

The following terms apply as of the implementation date, as defined below:

A. Except to the extent different terms or prices are specified in this contract, applicable provisions of the Domestic Mail Manual (as may be regularly updated by the Postal Service and posted at: http://pe.usps.com/text/dmm300/dmm300_landing.htm) and of other postal laws and standards apply to mail tendered under this contract.

B. This contract applies to Customer's Priority Mail and Express Mail packages that are tendered to the Postal Service for delivery. **("Contract Packages").**

C. Customer may use PC Postage to pay for Priority Mail and Express Mail shipments.

D. The Postal Service will provide the customer with standard Priority Mail and Express Mail packaging supplies.

E. First Year Prices. The following prices shall apply to Customer's Express Mail and Priority Mail Contract Packages, from this contract's effective date, or January 27, 2013, whichever is later, through the date of the Postal Service's next change in published prices for these products.

RESTRICTED AND SENSITIVE BUSINESS INFORMATION – DO NOT DISCLOSE



RESTRICTED AND SENSITIVE BUSINESS INFORMATION – DO NOT DISCLOSE

## II. Annual Adjustment

A. For subsequent years of the contract, applicable prices paid will be calculated against the current published Express Mail and Priority Mail Commercial Plus prices based on the discount tables below.



RESTRICTED AND SENSITIVE BUSINESS INFORMATION – DO NOT DISCLOSE

B. Customized prices for the subsequent years will be calculated by the Postal Service and rounded up to the nearest whole cent.

C. The Postal Service shall provide written notice of annual price adjustments to Customer.

RESTRICTED AND SENSITIVE BUSINESS INFORMATION – DO NOT DISCLOSE



### V.  Quarterly Business Reviews

The Parties shall, within ten (10) days after the conclusion of each Contract Quarter in each Contract Year, jointly conduct a business review of Customer's Contract Packages, weight and cube characteristics, time in transit, and other performance expectations under this contract either in person, by telecom or by webinar. If either Party is unable to conduct a business review within ten (10) days after the conclusion of the above referenced contract quarters, it shall notify the other Party in writing (i.e. email or mail) of that fact and propose a date as soon as practicable thereafter.

### VI.  Regulatory Review and Effective Date

This contract is subject to approval by Postal Service senior management and/or the Governors of the Postal Service Governors as well as by the Postal Regulatory Commission ("the Commission"). In accordance with Title 39 and the Commission's Rules of Practice and Procedure, and upon approval of the Postal Service Governors, the Postal Service will make required filings with the Commission. The effective date of this contract shall be one business day following the day on which the Commission issues all necessary regulatory approval.

RESTRICTED AND SENSITIVE BUSINESS INFORMATION – DO NOT DISCLOSE

**VII.    Expiration Date**

This contract shall expire five years from the effective date, unless (1) breached by either Party, (2) renewed by mutual agreement in writing, (3) superseded by a subsequent contract or amendment thereto between the Parties, (4) ordered by the Commission or a court, or (5) required to comply with subsequently enacted legislation, which shall include, but not be limited to, any serious financial constraints or other requirements either enacted by Executive Order, the Postal Service Board of Governors, the PRC, or any other applicable governmental entity charged with the same.

**VIII.    Appeals**

Customer may appeal a Postal Service decision regarding the calculation of prices, the amount of postage paid, or other implementation or operational issues under this contract by submitting a written appeal within 30 days of receipt of notification of the determination giving rise to the appeal to: Manager, Pricing and Classification Service Center, 90 Church St. Ste. 3100, New York, NY 10007-2951 ((212) 330-5300 / Fax: (212) 330-5320). The decision of the PCSC Manager will be administratively final. Any decision that is not appealed as prescribed becomes the final Postal Service decision.

**IV.    Confidentiality**

Customer acknowledges that as part of securing approval of this contract, the contract and supporting documentation will be filed with the Postal Regulatory Commission in a docketed proceeding. The Postal Service shall request from the Commission non-public treatment of information that the Postal Service deems to be eligible for protection from public disclosure when it files such material with the Commission, including Customer's identity, the terms of this contract, and supporting data relating to postal costs, prices, and Customer's shipping profile. The Postal Service will redact such information from its public filing. Customer authorizes the Postal Service to determine the scope of information that must be made publicly available in the Commission's docketed proceeding. Customer further understands that a redacted version of this contract and redacted supporting information will be available on the Commission's public website, www.prc.gov. At the request of Customer, the Postal Service will notify Customer of the docket number of the Commission proceeding once assigned. Customer has the right, in accordance with the Commission's rules, to address its confidentiality concerns directly with the Commission. Customer agrees to treat as confidential and not disclose to third parties absent express written consent by the Postal Service any information related to this contract that is determined by the Commission to be non-public.

**X.    Amendments**

This contract shall not be amended except expressly, in writing, by authorized representatives of the Parties.

RESTRICTED AND SENSITIVE BUSINESS INFORMATION – DO NOT DISCLOSE

## XI.  Assignment

Neither Party may, or shall have the power to, assign its rights under the contract or, delegate its obligations hereunder, without the prior consent of the other; such consent is not to be unreasonably withheld.  In addition, in the event that Customer is merged with or into or acquires another entity, pricing under this contract following such merger or acquisition shall apply only to mail sent by the entity existing prior to the merger or acquisition.  Following any such merger or acquisition, the parties may negotiate in good faith to extend, modify or enter into a new contract applicable to the merged or acquired entity.

## XII.  Waiver

Any waiver by a party shall not constitute a waiver for any future occurrence. No waiver shall be valid unless set forth in a writing executed by the party waiving such provision.

IN WITNESS WHEREOF, the Parties hereto have caused this contract to be duly executed as of the later date below:

UNITED STATES POSTAL SERVICE

Signed by: _Cliff Rucker_

Printed Name: _CliFF Rucker_

Title: _VP Sales_

Date: _4/17/12_

RAPID ENTERPRISES, LLC, DBA EXPRESS ONE

Signed by: _Bret Miller_

Printed Name: _Bret Miller_

Title: _CEO_

Date: _Jan 14, 2013_