# ATTACHMENT B
## Complaint Exhibit 2
## (Redacted)

**RESTRICTED AND SENSITIVE BUSINESS INFORMATION – DO NOT DISCLOSE**

# AMENDMENT OF
## SHIPPING SERVICES CONTRACT
### BETWEEN
### THE UNITED STATES POSTAL SERVICE
#### AND
## RAPID ENTERPRISES, LLC DBA EXPRESS ONE
### REGARDING PRIORITY MAIL AND PRIORITY MAIL EXPRESS SERVICE

WHEREAS, the United States Postal Service ("the Postal Service") and Rapid Enterprises, LLC DBA Express One ("Customer") entered into a shipping services contract regarding Priority Mail and Priority Mail Express service on February 5, 2013.

WHEREAS, the Parties desire to amend and revise Section II and VII under this contract.

NOW, THEREFORE, the Parties agree that the contract is hereby amended as detailed below. The existing contract remains unchanged in all other respects. This amendment shall become effective one business day following the day on which the Commission issues all necessary regulatory approval.

## II. Annual Adjustment

A. For subsequent years of the contract, applicable prices paid will be calculated against the current published Priority Mail and Priority Mail Express Commercial Plus prices based on the discount tables below.



**RESTRICTED AND SENSITIVE BUSINESS INFORMATION – DO NOT DISCLOSE**



B. Customized prices for the subsequent years will be calculated by the Postal Service and rounded up to the nearest whole cent.

C. The Postal Service shall provide written notice of annual price adjustments to Customer.

VII. Expiration Date

This contract shall expire seven years from the effective date, unless (1) breached by either Party, (2) renewed by mutual agreement in writing, (3) superseded by a subsequent contract or amendment thereto between the Parties, (4) ordered by the Commission or a court, or (5) required to comply with subsequently enacted legislation, which shall include, but not be limited to, any serious financial constraints or other requirements either enacted by Executive

**RESTRICTED AND SENSITIVE BUSINESS INFORMATION – DO NOT DISCLOSE**

Order, the Postal Service Board of Governors, the PRC, or any other applicable governmental entity charged with the same.

IN WITNESS WHEREOF, the Parties hereto have caused this contract to be duly executed as of the later date below:

UNITED STATES POSTAL SERVICE

Signed by: _____

Printed Name: _CliFF Rucker_

Title: _VP Sales_

Date: _6/13/14_

RAPID ENTERPRISES, LLC DBA EXPRESS ONE

Signed by: _____

Printed Name: _Bret Miller_

Title: _CEO_

Date: _6/4/2014_