# ATTACHMENT C
## Complaint Exhibit 4
## (Redacted)

**RESTRICTED AND SENSITIVE BUSINESS INFORMATION – DO NOT DISCLOSE**

SHIPPING SERVICES CONTRACT

BETWEEN

THE UNITED STATES POSTAL SERVICE

AND

RAPID ENTERPRISES, LLC

D/B/A EXPRESS ONE

REGARDING

PRIORITY MAIL EXPRESS,

PRIORITY MAIL,

FIRST-CLASS PACKAGE SERVICE, AND

PARCEL SELECT SERVICE

FOR RESELLING

This Shipping Services Contract (as it may be amended, restated, supplemented or otherwise modified from time to time, and together with all attachments hereto, "SSC" or "Contract") is made by and between Rapid Enterprises, LLC, d/b/a Express One, a limited liability company organized and existing under the laws of Nevada with its principal office at 7910 S. 3500 East, Suite B, Salt Lake City, UT 84121 ("Customer"), and the United States Postal Service, an independent establishment of the Executive Branch of the United States Government established by the Postal Reorganization Act, Public Law 91-375, with its principal office at 475 L'Enfant Plaza, SW, Washington, DC 20260 (the "Postal Service"). The Postal Service and Customer are referred to herein collectively as the "Parties" and each as a "Party".

WHEREAS, it is the intention of the Parties to enter into a Contract that will benefit the Postal Service, the postal system as a whole, and Customer, and that will comply with the requirements of Title 39 United States Code, as amended by the Postal Accountability and Enhancement Act of 2006.

NOW, THEREFORE, the Parties agree as follows:

I.      **Terms**

The following terms apply as of the effective date, as defined below:

A.   Except to the extent different terms or prices are specified in this Contract, applicable provisions of the Domestic Mail Manual (as may be regularly updated by the Postal Service and posted at http://pe.usps.com/text/dmm300/dmm300_landing.htm) and of other postal laws and standards, including USPS Publication 52 – *Hazardous, Restricted, and Perishable Mail*, apply to mail tendered under this Contract.

B.   This contract applies to Customer's inbound and outbound packages, excluding packages originating from and/or addressed to ZIP Codes listed in Table A below

**RESTRICTED AND SENSITIVE BUSINESS INFORMATION – DO NOT DISCLOSE**

from Customer's clients ("Merchants"), as follows (collectively, "Contract Packages"):

1. Priority Mail Express weight-based packages that do not exceed █████

2. Priority Mail Express Flat Rate Envelopes ████████████
3. Priority Mail weight-based packages that do not exceed ████████

4. Priority Mail cubic packages that do not exceed ████████████

5. Priority Mail Flat Rate Envelopes ████████
6. Priority Mail Flat Rate Boxes ████████████

7. Priority Mail Regional Rate Boxes ████████████

8. First-Class Package Service – Commercial packages that do not exceed ████ ████████████████████ and
9. Parcel Select Ground weight-based packages, excluding Oversized packages, that do not exceed ████████████

███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████

C. Pay Methods, Qualifying Volume and Data Requirements.

1. The Postal Service shall assign unique mailer identification numbers (MIDs) to Customer for use and designation on Contract Packages. Customer will manifest Contract Packages as specified by the Postal Service, using separate permit numbers and/or PC Postage meter numbers to ship such packages, and will use the Electronic Verification System ("eVS"), other USPS approved manifest systems, or USPS approved PC Postage vendors for payment of such packages.  Except for Merchants in Tier 1:

   a. Each Merchant and Platforms will have a unique MID, and if using a PC Postage vendor, each must also have a unique provider customer ID (PCID).  Customer must use a separate meter number or permit number for each tier.

   b. Customer shall provide the Postal Service, in writing, a list of its Merchants' and Platform's names, MIDs, tier, permit numbers, payment methods, PC Postage meter numbers and provider customer ID (PCID) number s prior to the effective date, which list will be recorded in the format shown as Attachment A if approved by an authorized representative of the Postal Service in writing (including

2

RESTRICTED AND SENSITIVE BUSINESS INFORMATION – DO NOT DISCLOSE

by email). Attachment A may be modified from time to time if mutually agreed to by authorized representatives of the Parties in writing (including by email). The aforementioned mutual agreement will not be unreasonably withheld by the Parties so long as each modification to Attachment A complies with the requirements set forth in the Contract. No permit, account or payment method may be used for Contract Packages unless such permit, account or payment method has been approved by the Postal Service and is set forth on Attachment A.

c. Contract pricing for any newly approved permits, payment methods, and/or PC Postage accounts will be effective within fifteen (15) business days after the Parties mutually agree to update Attachment A as described above, and Attachment A will be deemed updated at such time.

d. Only Priority Mail Express, Priority Mail, and Parcel Select Ground Contract Packages, and Customer's other non-discounted Priority Mail Express, Priority Mail, and Parcel Select Ground packages ("Total Packages"), shipped from permits, payment methods, and/or PC Postage accounts set forth in Attachment A shall count toward the Merchant Tier discounts in Sections I.G-K.

2. All discounted prices detailed in this Contract are dependent upon Customer providing a valid provider customer ID (PCID) for each transaction using a shared Postage Evidencing System (PES) meter for PC Postage transactions. A valid PCID will be defined by a numeric code that has a Customer Registration Record (CRR) submitted and successfully processed by the National Meter Accounting & Tracking System (NMATS). A successfully processed CRR requires the current legal name and valid mailing address of the person or entity authorized by the Postal Service as an end customer in accordance with the Code of Federal Regulations (CFR), including Title 39 Part 501 Authorization to Manufacture and Distribute Postage Evidencing Systems. The PCID provided must meet the criteria set forth by the Postal Service, including the following: must represent a unique, numeric identifier for the end user, must be within the assigned range for the model in accordance with the provider's Meter Specification Document (MSD), and must be updated to reflect changes in inactive serial numbers, out-of-date serial numbers, or end user information. Any PCIDs populated in Indicium Creation Record (ICR) files without a successfully processed Customer Registration Record (CRR) install will be deemed invalid.

D. The Postal Service will provide Merchants with packaging for Priority Mail Express and Priority Mail Contract Packages that have been approved by the Postal Service and listed within the US Postal Service catalog. The Postal Service will not provide Merchants with other customized or specialized packaging without prior

RESTRICTED AND SENSITIVE BUSINESS INFORMATION – DO NOT DISCLOSE

authorization of the Postal Service. Customer must provide the Merchant's mailer ID (MID) in the Package Identification Code (PIC) details of shipping data for Merchants in order for the Postal Service to provide customized or specialized packaging.

E. The terms and prices contained herein will take effect on the effective date as defined in Section III below. The Contract Years and Contract Quarters are defined as:

1. Contract Years. The twelve (12) month period commencing on January 1st each year of the Contract.
2. Contract Quarters. "Quarter(s)" or "Contract Quarter(s)", refer to the periods as follow in Table B.

**Table B**

| Period Name | Start of Period | End of Period |
|---|---|---|
| Quarter 1 | January 1st | March 31st |
| Quarter 2 | April 1st | June 30th |
| Quarter 3 | July 1st | September 30th |
| Quarter 4 | October 1st | December 31st |

F. Beginning on the effective date of the Contract until January 26, 2020, Customer will pay the Priority Mail Express and Priority Mail prices in Tables 1-2 immediately below for Priority Mail Express Contract Packages and Priority Mail Contract Packages respectively shipped using payment systems set forth in Attachment A. Customer will pay the prevailing published First-Class Package Service – Commercial and Parcel Select Ground prices from the effective date of the Contract until January 26, 2020.



4

DocuSign Envelope ID: A2B13794-6925-42A3-AF96-5C9989B535FC

RESTRICTED AND SENSITIVE BUSINESS INFORMATION – DO NOT DISCLOSE



RESTRICTED AND SENSITIVE BUSINESS INFORMATION – DO NOT DISCLOSE

G. Merchant Tier Discount Setting Priority Mail, Priority Mail Express and Parcel Select.

1. Beginning on January 26, 2020, and throughout the term of the Contract, Customer will pay published Priority Mail Express Commercial Plus, Priority Mail Commercial Plus, and Parcel Select Ground prices less the baseline tier discounts in Exhibit 1 for Priority Mail Express, Priority Mail, and Parcel Select Ground Contract Packages shipped using payment systems set forth in Attachment A. Customer shall request, in writing, permission from the Postal Service to access tier discounts for Tiers 2 and 3 Merchants and Platforms. Approvals of discounts for Tier 2 and Tier 3 must be made by the Postal Service in writing for each Merchant. The Postal Service will make commercially reasonable efforts to respond to such tier discount requests in a timely manner. Such tier discount requests for new Merchants will not be approved by the Postal Service if either:

   a. The Merchant has been registered with another authorized reseller of the Postal Service having a current and valid shipping services contract for reselling ("Reseller") and has used such reseller's platform to ship Priority Mail Express, Priority Mail, or Parcel Select Ground packages within the past six (6) months, or

   b. The Merchant has shipped at least ███████████████ Priority Mail Express, Priority Mail, and Parcel Select Ground packages within the past twelve (12) months.

2. Initial Merchant Tier Assignments. Applicable tier discounts for existing Merchants that were using Customer's platform for shipping prior to the effective date of this Contract will be mutually agreed upon and assigned for each Merchant by the Parties based on each Merchant's annual volume. Customer will provide the Postal Service the projected annual volume segmented by Contract Quarter.

3. New Merchant Tier Assignments. Tier discounts for new Merchants will be determined, approved in writing, and initially assigned by the Postal Service for each Merchant based on each Merchant's estimated annual volume. Customer will provide the Postal Service the projected annual volume segmented by Contract Quarter.

4. Exhibit 1 provides discount percentages for Priority Mail Express, Priority Mail, and Parcel Select Ground Contract Packages for each Merchant discount tier based on the Merchant's annual volume.

H. Merchant Tier Discount Adjustments for Priority Mail, Priority Mail Express and Parcel Select Ground.

RESTRICTED AND SENSITIVE BUSINESS INFORMATION – DO NOT DISCLOSE

1. The Quarterly volumes provided by Customer pursuant to Section I.G.2-3 will be used to evaluate Merchant volume performance. At the close of each Contract Quarter, Customer will provide actual volumes for each Merchant for that Contract Quarter. The Postal Service will validate the actual volume provided by Customer against the volume within Postal systems using the information provided for such Merchants. Volumes provided by Customer for any Merchant that are not associated with such Merchant in Postal data systems will not be counted. Once validated, the Postal Service will compare the actual volume of Total Packages shipped by each Merchant to the volume forecast for that Merchant for such Contract Quarter. The following adjustments apply where applicable:

   a. If the actual volume shipped by Merchant is less than the volume forecast for two consecutive Contract Quarters, the Postal Service reserves the right to adjust the tier for such Merchant to the tier achieved based on the most recent four (4) Contract Quarters' volume. If a Merchant has shipped less than four (4) Contract Quarters, the volume shipped will be annualized based on the number of full Contract Quarters the Merchant has shipped under this Contract.

   b. If the Customer provides an updated annual volume forecast segmented by Contract Quarter for a Merchant that estimates such Merchant's volume will exceed the annual maximum of the current tier, the Postal Service will review and will not unreasonably deny Customer's request to adjust the tier for such Merchant to the tier based on the updated forecast. Tier adjustments based on updated forecasts must be approved by the Postal Service in writing.

   c. If the Customer provides an updated annual volume forecast segmented by Contract Quarter for a Merchant that estimates such Merchant's volume will be less than the annual minimum for the current tier, the Parties agree to adjust the tier for such Merchant to the tier based on the updated forecast.

2. Tier adjustments, where applicable, will be made within thirty (30) days of the close of a Contract Quarter, provided that tier adjustments in Contract Quarter 1 will be made on January 26, 2020, and the Rate Change Dates in all subsequent Contract Years.

I. Customer Tier Discount Setting for First-Class Package Service.

1. Beginning on January 26, 2020 until the earlier of: (a) the first effective date of any change in rates of general applicability for competitive products in 2021, or (b) February 1, 2021 ("2021 Rate Change Date"), Customer will pay published First-Class Package Service - Commercial prices less the Tier 3 discounts in Exhibit 2 for First-Class Package Service Contract Packages shipped using payment systems set forth in Attachment A.

DocuSign Envelope ID: A2913794-9025-42A3-AF06-5C9999535FC

**RESTRICTED AND SENSITIVE BUSINESS INFORMATION – DO NOT DISCLOSE**

2. For all subsequent Contract Years, Customer will pay published First-Class Package Service – Commercial prices less the discounts in Exhibit 2 based on the percentage of Customer's First-Class Package Service package spend out of the spend on Total Packages shipped ("FCPS %") during the most recently elapsed twelve (12) months' period ending September 30th the previous year. First-Class Package Service tier discounts for subsequent years will be determined by the Postal Service and made effective on the Rate Change Dates in 2021, 2022, and all subsequent Contract Years.



DocuSign Envelope ID: A291B784-93D5-42A9-AE66-5191999D535C

**RESTRICTED AND SENSITIVE BUSINESS INFORMATION – DO NOT DISCLOSE**



DocuSign Envelope ID: A2212704-90E5-442A-AF6-E10199BD535C

RESTRICTED AND SENSITIVE BUSINESS INFORMATION – DO NOT DISCLOSE



**RESTRICTED AND SENSITIVE BUSINESS INFORMATION – DO NOT DISCLOSE**



**Privacy Act Statement:** Your information will be used to facilitate the purchase of U.S. Postal Service (USPS) postage and fulfill transactional reporting requirements for USPS postage systems. Collection is authorized by 39 U.S.C. 401, 403, and 404. Providing the information is voluntary, but if not provided, your transaction may not be processed. USPS does not disclose your information to third parties without your consent, except to facilitate the transaction, to act on your behalf or request, or as legally required. This includes the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a USPS auditor; to entities, including law enforcement, as required by law or in legal proceedings; and to contractors and other entities aiding us to fulfill the service (service providers). For more information regarding our privacy policies, visit www.usps.com/privacypolicy.

11. Deliver to the Postal Service, upon request, such other items and perform such other actions, as the Postal Service may reasonably determine are necessary in order to permit Customer to continue to offer Product to Merchants, such as executing a trademark license.

N. Quarterly Business Reviews. The Parties shall jointly conduct a business review of Customer's performance expectations under this Contract either in person, by telecom or by webinar each Contract Quarter in each year of the Contract. If either Party is unable to conduct a business review in any calendar quarter, it shall notify

DocuSign Envelope ID: A291870A-0055712A-9A4E0-5191-99D535Cc

the other Party in writing (i.e. email or mail) of that fact and propose a date as soon as practicable thereafter. On a quarterly basis, Customer shall provide the Postal Service with all Tier 2 Merchants, Tier 3 Merchants, and Platforms along with their associated volumes, spend, MIDs, permits or meters, PCID's where applicable, and all other information the Postal Service determines necessary for purposes of validating Merchant and Platform shipping volume and spend per product. For each year of the Contract, at the close of the twelve (12) months' period ending September 30th, Customer must provide sufficient rate cell level data for the most recent twelve (12) months' for the Postal Service to validate Customer's calculation of the discount Customer offered to and paid by each Tier 2 Merchant, Tier 3 Merchant, and Platform for each product as well as Merchant and Platform identifiable information to validate the data in Postal data systems. The Postal Service will validate each Merchant's and Platform's overall discount for each product. If the discount for a Merchant or Platform exceeds the respective maximum detailed in Exhibit 1, the Parties will use commercially reasonable efforts to adjust the discounts Customer offers to Merchant or Platform so that the overall maximum discount for each product is not exceeded. In the event that the Postal Service determines that discount adjustments are required for any Merchant or Platform and the Parties are unable to agree to adjustments prior to the next Rate Change Date in any subsequent Contract Year, the Postal Service reserves the right to assign the Merchant or Platform to Tier 1 discounts pursuant to Exhibit 1, and as a result, Customer must remove Merchant's access to discounts pursuant to Section I.L above.

O. Record Keeping and Audit. Customer shall respond to the Postal Service's or its designated auditor's quarterly and/or yearly transaction confirmations related to Postal Service transactions; and such other assistance as commercially reasonably required by the Postal Service or its designated auditors in connection with Customer's performance under this Contract.

## II.  Regulatory Review and Effective Date

This contract is subject to approval by Postal Service senior management and/or the Governors of the Postal Service, as well as by the Postal Regulatory Commission ("the Commission"). In accordance with Title 39 and the Commission's Rules of Practice and Procedure, and upon approval of the Postal Service Governors, the Postal Service will make required filings with the Commission. The effective date of this Contract shall be the latter of: (a) January 1, 2020, or (b) two (2) days following the day on which the Commission issues all necessary regulatory approval.

## III.  Expiration Date, Term and Termination

This Contract shall expire on December 31, 2023 unless:

1.  Terminated by the Postal Service with ninety (90) calendar days' notice to Customer in writing;

DocuSign Envelope ID: A291B704-00E5-442A-AE02-F19C99B535FC

**RESTRICTED AND SENSITIVE BUSINESS INFORMATION – DO NOT DISCLOSE**

    2. Terminated by the Postal Service pursuant to Section I.M above;

    3. Terminated by Customer with ninety (90) calendar days' notice to the Postal Service in writing;

    4. Extended for up to two (2) additional one (1) year periods by mutual agreement of the Parties;

    5. Superseded by a subsequent contract between the Parties;

    6. Ordered by the Commission or a court; or

    7. Required to comply with subsequently enacted legislation.

       If, at the conclusion of the term of this Contract or any one (1) year extension period, both Parties agree that preparation of a successor SSC is active, the SSC will be extended for up to two (2) ninety (90) calendar day periods with official notification to the Commission at least seven (7) calendar days prior to the Contract's expiration date.

## IV.  Appeals

       Customer may appeal a Postal Service decision regarding the calculation of prices, the amount of postage paid, or other implementation or operational issues under this Contract by submitting a written appeal within thirty (30) calendar days of receipt of notification of the determination giving rise to the appeal to: Manager, Pricing and Classification Service Center (PCSC), 90 Church Street Suite 3100; New York, NY 10007-2951; ((212) 330-5300 / Fax: (212) 330-5320). The decision of the PCSC Manager will be administratively final. Any decision that is not appealed as prescribed becomes the final Postal Service decision.

## V.    Confidentiality; Public Disclosures

       Customer acknowledges that as part of securing approval of this Contract, the Contract and supporting documentation will be filed with the Postal Regulatory Commission in a docketed proceeding. The Postal Service shall request from the Commission non-public treatment of information that the Postal Service deems to be eligible for protection from public disclosure when it files such material with the Commission, including Customer's identity, the terms of this Contract, and supporting data relating to postal costs, prices, and Customer's shipping profile. The Postal Service will redact such information from its public filing. Customer authorizes the Postal Service to determine the scope of information that must be made publicly available in the Commission's docketed proceeding. Customer further understands that any unredacted portion of this Contract or supporting information will be available on the Commission's public website, www.prc.gov. At the request of Customer, the Postal Service will notify Customer of the docket number of the Commission proceeding once assigned. Customer has the right, in accordance with the Commission's rules, to address its confidentiality concerns directly with the Commission. Customer agrees to treat as confidential and not disclose to third parties (other than Customer's legal counsel, accountant, and professional advisers) absent express written consent by the Postal Service any information related to this Contract that is determined by the Commission to be non-public. For clarity purposes, Customer may communicate to its end users information relating to the Postal Service's services offered via Customer's platform.

RESTRICTED AND SENSITIVE BUSINESS INFORMATION – DO NOT DISCLOSE

Customer hereby acknowledges and agrees that the form, substance, and timing of any press release or other public disclosure of matters related to the Contract or the relationship between Customer and the Postal Service prepared and/or to be disclosed by Customer shall be subject to the prior review and written approval of the Postal Service. The Postal Service shall endeavor to respond to the Customer with written comments or written approval within five (5) business days of receipt of the proposed disclosure, but failure to approve in writing within that time frame shall be deemed disapproval. This Section does not prohibit either Party from disclosing information that is required to be disclosed by law or that is requested by any federal, state, or local governmental body in the proper exercise of its oversight or investigatory jurisdiction.

## VI.  Amendments

Except as provided in Section I.C.1, this Contract shall not be amended except expressly, in writing, by authorized representatives of the Parties.

## VII.  Assignment

Neither Party may, or shall have the power to, assign its rights under the Contract or, delegate its obligations hereunder, without the prior written consent of the other; such consent is not to be unreasonably withheld. In addition, in the event that Customer is merged with or into or acquires another entity, pricing under this Contract following such merger or acquisition shall apply only to mail sent by the entity existing prior to the merger or acquisition. Following any such merger or acquisition, the Parties may negotiate in good faith to extend, modify, or enter into a new Contract applicable to the merged or acquired entity.

## VIII.  Waiver

Any waiver by a Party shall not constitute a waiver for any future occurrence. No waiver shall be valid unless set forth in writing executed by the Party waiving such provision.

## IX.  Representations, Warranties and Covenants

Customer hereby represents, warrants and covenants to the Postal Service as follows:

a. The execution and delivery by Customer of the Contract and the performance by the Customer of its obligations under the Contract (1) are within the Customer's power and authority; (2) have been duly authorized; and (3) do not and will not contravene (i) any law or regulation binding on or affecting Customer, (ii) any contractual restriction binding on Customer, (iii) any order, judgment or decree of any court or other governmental or public body or authority, or subdivision thereof, binding on Customer, or (iv) the organizational documents of Customer; and

DocuSign Envelope ID: A2918794-D0F5-443A-AF9A-E08F1C999D535C

**RESTRICTED AND SENSITIVE BUSINESS INFORMATION – DO NOT DISCLOSE**

    b.    The individual signing the Contract on behalf of Customer is a duly authorized officer of the Customer with the power and authority to enter into the Contract on behalf of Customer; and

    c.    The Customer shall comply with all applicable federal, state and local laws, rules and regulations.

## X.    Sovereign Acts

The Postal Service and Customer acknowledge and agree that the Contract is subject to any legislation that might be enacted by the Congress of the United States or any orders or regulations that might be promulgated by any agency, branch, or independent establishment of the United States Government. Notwithstanding anything to the contrary set forth herein, the Postal Service and Customer further acknowledge and agree that the Contract in no way waives the Postal Service's authority to act in its sovereign capacity and to promulgate and amend from time to time regulations and policies and that, pursuant to the sovereign acts doctrine, the Postal Service shall not be held liable for any acts performed in its sovereign capacity, or for any acts performed by any branch, agency or independent establishment of the United States in their sovereign capacities that may directly or indirectly affect the terms of the Contract. In the event that either Party is required by legislation enacted by the Congress of the United States or any orders or regulations that might be promulgated by any branch, agency, regulatory body, or independent establishment of the United States Government to terminate, or otherwise as a result of such action is unable to perform its obligations under the Contract, either Party may give the other Party a notice of termination of the Contract, which termination shall be effective immediately or on the effective date of such requirement, whichever is later. The Parties agree that in the event that the Contract is terminated as set forth in the preceding two sentences, or in the event that either Party is enjoined from proceeding with the Contract by any court of competent jurisdiction, such Party shall not be subject to any liability by reason of such termination or injunction. To the extent that any applicable law, regulation or policy adopted after the Effective Date expressly supersedes the terms of this Contract, such law, regulation or policy shall control.

## XI.    Notices

Any notice or other communication to be provided to a Party hereunder shall be in writing and shall be sent via certified mail (with return receipt requested) or by email to the individual and at the address listed below unless otherwise specified by the Party in writing. Notices shall be deemed given when received by the Party.

    If to the Postal Service, to:    Timothy R. Costello
Vice President Sales
United States Postal Service
475 L'Enfant Plaza SW
Washington, D.C. 20260

15

RESTRICTED AND SENSITIVE BUSINESS INFORMATION – DO NOT DISCLOSE

If to the Customer, to:    Bret Miller
Chief Executive Officer
Rapid Enterprises, LLC
7910 S. 3500 East
Suite B
Salt Lake City, UT 84121

## XII.    Governing Law

THE CONTRACT SHALL BE GOVERNED BY AND CONSTRUED IN
ACCORDANCE WITH PRINCIPLES OF FEDERAL LAW.

## XIII.   Counterparts

The Contract may be executed in any number of counterparts, all of which taken together
shall constitute one (1) single agreement between the Parties. A facsimile or other
electronically or digitally transmitted copy of a signature on any counterpart shall be
deemed to be an original signature. The Contract constitutes the entire agreement between
the Parties pertaining to the subject matter hereof and supersedes all prior agreements,
understandings, negotiations and discussions, whether oral or written, of the Parties.

RESTRICTED AND SENSITIVE BUSINESS INFORMATION – DO NOT DISCLOSE

IN WITNESS WHEREOF, the Parties hereto have caused this Contract to be duly executed as of the later date below:

UNITED STATES POSTAL SERVICE

Signed by: _*Timothy Costello*_
_9AD5FB40E84B419..._

Printed Name: Timothy R. Costello

Title: Vice President Sales

Date: 12/5/2019

RAPID ENTE_____ B/A EXPRESS ONE)

Signed by: _BRET MILLER_
_D6E723A164DB4A7..._

Printed Name: BRET MILLER

Title: CEO

Date: 12/5/2019

RESTRICTED AND SENSITIVE BUSINESS INFORMATION – DO NOT DISCLOSE

## ATTACHMENT A

CUSTOMER'S LIST OF REGISTERED MERCHANTS AND PLATFORMS, ALONG WITH THEIR ASSOCIATED PAYMENT INFORMATION, MAILER IDENTIFICATION NUMBERS, TIER LEVEL, AND PCID'S

| Merchant/Platform Name | Merchant Tier 1, 2 or 3, or Platform | Mailer ID (MID) | PC Postage Provider or USPS | Permit or Meter Serial Number | PCID |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

18

RESTRICTED AND SENSITIVE BUSINESS INFORMATION – DO NOT DISCLOSE

**Exhibit 1: Merchant Tier and Platform Discounts for Priority Mail Express, Priority Mail, and Parcel Select Ground Contract Packages**

| Merchant Tier | 1 | 2 | 3 | Platform |
|---|---|---|---|---|
| Merchant's Minimum Estimated Annual Volume Total Packages | 0 | 50,000 | 150,000 | Mutually Agreed Upon |
| Customer's Discount from Postal Service | 9.50% | 9.50% | 11.50% | Varies based on Platform % in Sections J.1 and J.2 |
| Merchant's Maximum Discount From Customer | 0.00% | 1.00% | 4.00% | *6.00% |

The following example is provided to illustrate the application of discounts using the Table immediately above.

Example: Merchant X ships 80,000 Total Packages and is assigned a Tier 2 designation. Customer would receive a maximum 9.50% discount from the Postal Service on Priority Mail Express, Priority Mail and Parcel Select Ground Contract Packages shipped by Merchant X and Customer would be allowed to offer Merchant X a maximum 1.00% discount on Priority Mail Express, Priority Mail and Parcel Select Ground Contract Packages.

*For avoidance of doubt, the six percent (6.00%) maximum discount may be offered by Customer to Platforms as defined in this Contract. Platforms are not allowed to offer any discount to third party merchants using Platforms' platforms.

**Exhibit 2: Merchant and Platform Tier Discounts for First-Class Package Service Contract Packages based on the FCPS % of Total Packages Spend**

| Tier | FCPS % | Customer's Discount |
|---|---|---|
| 1 | >67% | 1.0% |
| 2 | 34-67% | 2.0% |
| 3 | <34% | 3.0% |

19