UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| RAPID ENTERPRISES, LLC, d/b/a EXPRESS ONE, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, *et al.*,<br><br>Defendants. | **PROPOSED ORDER GRANTING STIPULATED MOTION TO SEAL EXHIBITS 1, 2, AND 4 TO PLAINTIFF'S COMPLAINT**<br><br>Case No. 2:22-cv-00627-DAO<br><br>Judge Daphne A. Oberg |

Before this Court is the parties' Stipulated Motion to Seal Exhibits 1, 2, and 4 to Plaintiff's Complaint (Docket No. 7). For good cause appearing, and the motion being narrowly tailored to protect only the specific information deserving of protection, the Court hereby GRANTS the Motion (Docket No. 7) and ORDERS that the Clerk's Office seal Exhibits 1, 2, and 4 to Plaintiff's Complaint (Docket Nos. 2–1, 2–2, and 2–4) pursuant to DUCivR 5–3(c).

IT IS SO ORDERED.

DATED _____, 2022.

_____
Magistrate Judge Daphne A. Oberg
United States District Court
District of Utah