# EXHIBIT B


UNITED STATES
POSTAL SERVICE

April 3, 2019

Mr. Bret Miller
Chief Executive Officer
Rapid Enterprises, LLC d/b/a/ Express One
7910 S 3500 E, Suite B
Salt Lake City UT 84121

SUBJECT:  Shipping Services Contract for Priority Mail® Express and Priority Mail® Service

Dear Mr. Miller:

This letter is regarding the Shipping Services Contract (SSC) between Rapid Enterprises, LLC d/b/a/ Express One and the United States Postal Service for Priority Mail Express and Priority Mail service,  executed January 17, 2013.

Pursuant to Section VII of the SSC, we are terminating this agreement in compliance with the Postal Service Board of Governors' requirement enacted in Governors Resolution 19-4. This letter serves as official notification that this SSC will be terminated as of June 23, 2019.

The Postal Service sincerely appreciates your business and remains committed to providing outstanding package delivery service to our mutual customers.  We look forward to discussing in the near future the possibility of entering into a new agreement.  If you have any questions, please feel free to contact your USPS Business Alliance Manager.

Sincerely,

*Lisa V. Ward*
Lisa V. Ward
Director, Field Sales Strategy and Contracts

475 L'ENFANT PLAZA SW, ROOM 5912
WASHINGTON DC  20260-5912
WWW.USPS.COM