# EXHIBIT D



28 Sep, 2022

Latest

eBay Fall Seller Update 2022





🏠   News ⌄    Blogs ⌄    Tools ⌄    Classifieds    Contact Us    Advertise

### EcommerceBytes Blog

News and insight focusing on ecommerce



**Sign up Free!**

Email Address

How Heard?

☑ NewsFlash
☑ Update

Subscribe



News and insight focusing on ecommerce.
by Ina Steiner, Editor of EcommerceBytes.com

**Sat July 16 2022 00:17:49**

# USPS Kills Off a Discounted-Shipping Program

By: Ina Steiner

Sponsored Link



The USPS is ending a program through which smaller shippers could purchase discounted shipping through third-party resellers. The Postal Service made no official announcement about the end of the program that we could find, leaving online sellers on a Friday summer afternoon worrying about the possible ramifications and unable to get answers. (*See update from the USPS and from*





Ecommerce EKG



*Amazon below*.)

Linn's Stamp News broke the story Friday afternoon, reporting, "Postmaster General Louis DeJoy has killed a 30-year-old program that allowed some businesses to send packages at sharply discounted postage rates," and it referred to it as the "postage reselling" program.

According to Linn's, the end of the program would impact a number of companies, including Stamps.com and Pitney Bowes.

However, we don't believe this will impact the ePostage and PC Postage programs on which many sellers rely and that are explained on the USPS website, where it states, "Some of the largest online marketplaces are using the ePostage payment method." Those providers offer Commercial Base Pricing, which is not going away.

There had been a kerfuffle over the reseller program in 2016 with accusations that some online postage providers were exploiting a program meant to attract shippers that would otherwise go to USPS

---

view my sold 'archived' items, I get: <

For months, after I have sold and shipped an item, it is...

**Recent Comments**

› Marie: eBay Fall Seller Update 2022 Includes Feedback and…

› Marie: eBay Fall Seller Update 2022 Includes Feedback and…

› BobNJ: eBay Fall Seller Update 2022 Includes Feedback and…

› OnlyPollyPocket: eBay Fall Seller Update 2022 Includes Feedback a…

attract shippers that would otherwise go to USPS alternatives.

In a heavily redacted report in 2018 by the USPS Office of Inspector General (OIG) titled, "Postal Partnerships: The Complex Role of Middlemen and Discounts in the USPS Package Business," it explored the issue in detail. In it, it explained the role of PC Postage providers versus resellers:

*"PC Postage providers help shippers print and pay for official USPS postage from their computers.*

*""Resellers" are intended to act as outsourced Postal Service sales representatives that recruit small-and-medium-sized shippers."*

As the Inspector General noted, "The links between these partners are extraordinarily complex, as they often work together to serve different aspects of a shipper's needs."

The Postal Service is transparent about Retail rates

Blog Archives

2022
2021
2020
2019
2018
2017
2016
2015
2014
2013
2012

(postage you buy at the post office) and Commercial Base rates (postage you buy online) - you can find rates on this page.

We're perplexed about how the USPS could end the postage reseller program without going through the Postal Regulatory Commission and without publicly announcing the end of the program, instead reacting to inquiries with a one-paragraph response that explains little.

It's important to note that any increase in postage costs has a multiplier effect since marketplaces like eBay and Etsy charge a commission on shipping.

But unless you're getting rates below Commercial Base, we're guessing there's no cause to panic. If we learn otherwise, we'll let you know.

**Update 7/16/2022**: The USPS provided EcommerceBytes with the following statement:

"The Postal Service undertook an evaluation of its reseller program and has determined that the program as currently structured is not resulting in the customer benefits and efficiencies that were originally envisioned, has caused difficulties in monitoring compliance with pricing and other terms, and should be discontinued."

We asked the spokesperson if they could tell us what the reseller program is and if it's different from the ePostage program.

**Update 7/16/2022**: Amazon provided the following response to our inquiry:

"There is no impact to Amazon or sellers as it pertains to this change."

We asked the spokesperson if Amazon had a Negotiated Service Agreement with the USPS.

**Update 7/19/2022**: eBay responded to seller concerns today (Tuesday).

...

Tweet

Share

Share 67

Comments (38) | Leave Comment | Permalink

## Readers Comments



📄 **USPS Kills Off a Discounted-Shipping Program**

**by: The End**

Sat Jul 16 01:08:08 2022

I KNEW it was too good to be true.

So, am I supposed to schlep my stuff to the Post Office and stand in line again ?

Because the element of Price Surprise will put me out of business.

If we're gonna go backwards, let's get Real Toy Stores again.



📄 **USPS Kills Off a Discounted-Shipping Program**

**by: The End**

Sat Jul 16 01:20:23 2022

Well, I guess I am.

Just researched it and it looks like they Stopped catering to me.

America is getting Screwed.

---

**USPS Kills Off a Discounted-Shipping Program**

by: terry55 

Sat Jul 16 09:26:54 2022

This would be the last nail in USPS's coffin and wipe out at least 50-60% of small sellers, retail 1st class costs more then $1 more plus adding supplies and ebay's 12%. I guess Dejoy will finally kill the USPS because us small sellers are the only ones keeping them a float.

---

**USPS Kills Off a Discounted-Shipping Program**

by: ebayout

Sat Jul 16 10:55:22 2022

Death by large cuts...they killed the golf club and fishing rod business for themselves 3 months ago. Does DeJoy own stock in UPS & Fedex?

stock in UPS & FedEx?

### USPS Kills Off a Discounted-Shipping Program

 by: iheartjacksparrow

Sat Jul 16 11:39:45 2022

I buy my postage from Endicia and I haven't heard anything from them. The article in Linn's Stamp News states the discounted shipping ends on October 1, so I guess I'll start raising all my postage rates next month. I hope DeJoy realizes that the ending of the program will just put more of a burden on the clerks at the post offices since they will now have to print out postage and tracking numbers for all the people who used to buy from Stamps.com and all the other resellers where the shippers would just bring in a scan sheet for all their packages.

### USPS Kills Off a Discounted-Shipping Program

by: toastedmutt

Sat Jul 16 12:08:21 2022

Good grief, it's always something or someone grabbing at

Good grief, it's always something or someone grabbing at your wallet.

---

**USPS Kills Off a Discounted-Shipping Program**

 by: The End

Sat Jul 16 12:44:12 2022

Here's a thought :
If USPS goes "out of business", what happens to that giant retirement fund ?
They went way out of their way to build up that fund.
Does it get evenly distributed to ALL current and retired postal employees ?
Or do a select few walk off with it in their private pockets ?
Because Bain Corporate History is about to repeat itself.
Until we get corporate caged, America hasn't got a chance.

---

**USPS Kills Off a Discounted-Shipping Program**

by: cheeky

Sat Jul 16 12:49:04 2022

I contacted someone at Pirateship and was told "Pirateship is

not a reseller, it is a platform and will not be impacted by this"

I guess time will tell.........

---

**USPS Kills Off a Discounted-Shipping Program**



by: Ina

Sat Jul 16 15:15:05 2022

As stated above, the PC Postage program is different from the Reseller program. If you get postage from a platform that provides Commercial Base pricing (and you can check the link above to find those rates), then you're unlikely to be impacted, from what we can determine.

---

**USPS Kills Off a Discounted-Shipping Program**



by: iheartjacksparrow

Sat Jul 16 15:19:56 2022

@cheeky - Doesn't Pirateship have to get its tracking number and integration into the USPS tracking system directly from the USPS? And doesn't Pirateship have to pay the USPS for generating labels with a dollar amount attached?

📄 **USPS Kills Off a Discounted-Shipping Program**

 *by: iheartjacksparrow*

Sat Jul 16 15:29:32 2022

@Ina - If companies that provide Commercial Base rates are different than postage resellers, why did Linn's Stamp News mention specifically Stamps.com and Pityney Bowes as being impacted, or do those companies provide both services?

📄 **USPS Kills Off a Discounted-Shipping Program**

*by: terry55* 

Sat Jul 16 16:14:08 2022

@Ina- I'm assuming it includes ebay same as amazon, at least I hope?
@iheartjacksparrow - I was thinking the same thing but maybe ppl selling their on own sites uses them.
I figured I'd have about 2 yrs before USPS rates puts me out of business, trying to build up a little cushion before I file for

of business, trying to build up a little cushion before I file for disability.

---

📄 **USPS Kills Off a Discounted-Shipping Program**

 *by: Ina*

Sat Jul 16 16:45:42 2022

As the article I linked to above stated, some had criticized Stamps.com in 2016 for *working with* resellers. So while the end of the reseller program could impact PC Postage providers who also found a way to work with resellers, it's just not clear to me that their online-seller customers will be immediately impacted.

Presumably companies who provide online postage solutions to sellers have NSAs, and neither party (USPS or the partner) is going to reveal the details about those agreements.

Can a PC Postage provider get a discount below the rates they charge customers? Presumably so. But again, that's through NSAs, not the reseller program, as far as we understand, and NSAs are not going away.

📄 **USPS Kills Off a Discounted-Shipping Program**

*by:* **ShortSeller** 

Sat Jul 16 17:09:11 2022

If a company already has a NSA = Not effected

If a company has a NSA and is reselling those rates to a third party that doesn't have their own NSA = No longer allowed.

Any major platform from the "big" names will have their own NSA.

📄 **USPS Kills Off a Discounted-Shipping Program**

*by:* **Weirdbooks** 

Sat Jul 16 17:55:45 2022

Two possibilities come to mind.  One is that some of the "postage resellers" may only exist to resell deeply discounted postage to themselves who are shipping under another business name.  Second is there are some "logistics" companies out there that may cater to some of the massive "dumpster" book sellers.  Some of the prices you see those

mega sellers charging for a book including shipping doesn't make sense even _with_ 5-digit presort. Running the numbers, assuming they paid effectively $0 for the book, shows them losing money on many items, not even taking into account labor and overhead.   It may well be that these "postage resellers" had ultra-low rates below even the 5-digit presort rate. The USPS probably feels that it can get more $ from those shippers through Media Mail presort rates.

If we notice a sudden increase in the minimum price many of the mega sellers charge on Amazon, we can assume this change may be affecting them specifically.

 **USPS Kills Off a Discounted-Shipping Program**

 *by:* **Working It**

Sat Jul 16 22:16:12 2022

I keep coming back to the idea that the companies named specifically receive monthly fees for the use of their postal services. I'm wondering whether this profit center is part of the issue, in addition to the reseller problem.
• Stamps.com charges a monthly subscription fee.
• Pitney Bowes leases equipment to customers. Don't they

also run the Global Shipping Center for eBay?



 by: Marie

Sun Jul 17 02:56:50 2022

Most of us are not likely to be affected by this as Ina has described. Unless you are somehow paying less that the Commercial Rate, then you may have a problem. But for those buying postage from Ebay, Etsy, Amazon, PayPal, etc., we aren't going to be affected by this.

USPS Kills Off a Discounted-Shipping Program

 by: Ina

Sun Jul 17 09:26:28 2022

Did resellers bring the USPS business they would have had anyway without the need for steeply discounted rates?

I think that was part of the issue some had with the program.

On the other hand, we don't know if the USPS gives unnecessarily steep discounts through NSAs.

It's remarkable the USPS is ending the reseller program with no explanation or announcement.

---

**USPS Kills Off a Discounted-Shipping Program**

 **by: Rexford**

Sun Jul 17 14:51:31 2022

That DeJoy creature.   De No-Joy

---

**USPS Kills Off a Discounted-Shipping Program**

**by: ShortSeller**

Sun Jul 17 18:13:55 2022

USPS gave additional discounts to these parties, most of who were the early holders of NSAs for online postage. They were supposed to use those discounts to target larger retail accounts to switch over from UPS but just essentially leased their rates to other parties and made money doing nothing. USPS wants to be an organization funded by the public then

goes out of their way to rob them. That this particular tactic failed them miserably for years is amusing, particularly when De Joy is busy trying to sell the public ground service at rates double of what any decent large national retailer pays for their UPS ground rates.

**Click to view more comments**

1 2 [Next Page]

Login is required to post comments.
To sign in to leave a comment, fill in the form below. If you have not yet signed up for AB Verify, or if you'd like more information, go to the Registration Page.

**Login for AB Verify**
**Be sure and use your email address and password to log in.**

| Email: | |
| Password: | |
| | Login for AB Verify |
| | Forgot Your Password? |
| | Even though you are signed in with the AuctionBytes Blog, you will |

Case 2:22-cv-00627-JNP-JCB   Document 10-4   Filed 09/29/22   PageID.224   Page 20 of 20

have to sign in to the EcommerceBytes blog. But you can sign in with your existing AB Verify info.

Copyright Ⓒ 1999-2022. Steiner Associates, LLC. All rights reserved.

About    Advertise    Privacy Policy & Terms    Disclosure