## THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| **RAPID ENTERPRISES, LLC, DBA EXPRESS ONE, a Nevada limited liability corporation,** | **ORDER** |
| **Plaintiff,** | **Case No. 2:22-cv-00627-JNP-JCB** |
| **v.** | |
| **UNITED STATES OF AMERICA, dba UNITED STATES POSTAL SERVICE,** | **District Judge Jill N. Parrish** |
| **Defendants.** | **Magistrate Judge Jared C. Bennett** |

Before the court is Plaintiff Rapid Enterprises, LLC dba Express One's Motion for Leave to File Under Seal Its Memorandum in Opposition to Defendants' Motion to Dismiss the Amended Complaint for Failure to State a Claim.[1] For the reasons set forth in the motion and for good cause shown, the court GRANTS the motion. Accordingly, the court HEREBY ORDERS that the subject memorandum[2] is SEALED.

DATED this 7th day of September 2023.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge

---

[1] ECF No. 82.

[2] ECF No. 83.