BRIAN M. BOYTON, Principal Deputy Assistant Attorney General
KIRK T. MANHARDT, Acting Director
KEVIN P. VANLANDINGHAM, Assistant Director
TERRANCE A. MEBANE
United States Department of Justice
Civil Division, Commercial Litigation Branch
(202) 307-0493
terrance.a.mebane@usdoj.gov

TRINA A. HIGGINS, United States Attorney (7349)
AMANDA A. BERNDT, Assistant United States Attorney (15370)
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
(801) 524-5682
amanda.berndt@usdoj.gov

*Counsel for the United States of America*

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| RAPID ENTERPRISES, LLC, d/b/a EXPRESS ONE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, *et al.*,<br><br>Defendants. | **DEFENDANTS' UNOPPOSED MOTION FOR A 30-DAY EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**<br><br>Case No. 2: 22-cv-00627-JNP-JCB<br><br>Judge Jill N. Parrish<br>Magistrate Judge Jared C. Bennett |

Pursuant to DUCivR 7-1, the United States and the United States Postal Service ("Defendants") respectfully request a thirty (30) day extension of time, up to and including October 19, 2023, in which to file its reply in support of its motion to dismiss the amended complaint for failure to state a claim. Plaintiff does not oppose this request.

1. On June 8, 2023, Defendants filed their motion to dismiss. Docket No. 71.

2. On September 5, 2023, after receiving a 61-day extension, Plaintiff filed its opposition to the motion to dismiss. Docket No. 81.

3. Defendant's reply is currently due on or before September 19, 2023.

4. Good cause exists for the requested 30-day extension. The Amended Complaint asserts 11 claims, including contract, tort, and constitutional theories, and seeks more than $500 million in damages. Several of the Amended Complaint's claims include multiple and sometimes overlapping theories of recovery. The review and preparation of the government's response, combined with the substantial amount of public funds at stake, necessitate the requested extension. In addition, competing obligations and deadlines in other cases in which the undersigned counsel is responsible further support the requested extension.

5. Plaintiff does not oppose this request. The Court also has not previously granted an extension of time for this brief.

For these reasons, Defendants respectfully request that the Court extend Defendants' deadline to file its reply by thirty (30) days, until October 19, 2023.

Dated this 13th day of September 2023.

> BRIAN M. BOYTON
> Principal Deputy Assistant Attorney General
> Civil Division
>
> TRINA A. HIGGINS
> United States Attorney
>
> KIRK T. MANHARDT
> Acting Director
> Commercial Litigation Branch
>
> AMANDA A. BERNDT
> Assistant United States Attorney
>
> KEVIN P. VANLANDINGHAM
> Assistant Director
>
> /s/ Terrance A. Mebane
> TERRANCE A. MEBANE
> United States Department of Justice
> Civil Division, Commercial Litigation Branch
> P.O. Box 875, Ben Franklin Station
> Washington, DC 20044
> Telephone: (202) 307-0493
> terrance.a.mebane@usdoj.gov